IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11120
Summary Calendar
_____

CHRISTOPHER DAVID MALICK,

Plaintiff-Appellant,

versus

THE CITY OF HIGHLAND PARK ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-2794-G
- - - - - - - - - -
May 28, 1997

Before SMITH, DUHE and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Christopher David Malick appeals from the district court's grant of summary judgment to the defendants in his civil rights suit. He argues that the court erred by granting summary judgment to the defendants on his malicious prosecution claims and by determining that the remainder of his claims were time-barred. We have reviewed the record and find no reversible error. Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the district court.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.